# United States District Court

FILED
SEP 21 2009
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

__Western__ DISTRICT OF __Texas__

UNITED STATES OF AMERICA
V.
DOMINGUEZ De La Parra, Juan Jose
Col. Granizados Leon
Guanajuato, Guanajuato, Mexico
(Name and address of Defendant)

CRIMINAL COMPLAINT

CASE NUMBER: DR09-7659m01

I, the undersigned complainant being sworn state the following is true and correct to the best of my knowledge and belief. On or about __September 20, 2009__ in __Maverick__ County, in the __Western__ District of __Texas__ defendant(s) did, (Track Statutory Language of Offense)

Knowingly attempted to enter the United States at the Port of Eagle Pass, Texas after being formally deported to Mexico on or about June 29, 2009 through the Port of Nogales, Arizona. The defendant did not obtain permission from the Secretary of Homeland Security and the United States Attorney General to seek re-admission to the United States after his deportation.

in violation of Title __8__ United States Code, Section(s) __1326(a)(1)__. I further state that I am a(n) __Customs and Border Protection Enforcement Officer__ and that this complaint is based on the following facts:

That on September 20, 2009, the defendant, an alien previously deported, was encountered in the United States at the Eagle Pass, Texas Port of Entry. The defendant was apprehended by Customs and Border Protection Officers as he attempted to enter the United States by claiming to Officers that he was a citizen of the United States by birth in the state of Arizona. The defendant is a native and citizen of Mexico who was deported by Immigration authorities from the United States on June 29, 2009 thru the Port of Nogales, Arizona. Record checks also reveal that he did not obtain permission from the Secretary of Homeland Security and the United States Attorney General to seek re-admission to the United States.

Continued on the attached sheet and made a part hereof:  __ Yes __No XX

Rogelio Ulloa, CBPEO
Signature of Complainant

Sworn to before me and subscribed in my presence,

September 21, 2009                              at         Del Rio, Texas
Date                                                       City and State

Victor R. Garcia, United States Magistrate Judge
Name & Title Judicial Officer                              Signature of Judicial Officer