**FILED**

APR 28 2010

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
        DEPUTY CLERK



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CAUSE NO. DR-09-CR-01278-AML |
| JUAN JOSE DOMINGUEZ DE LA PARRA | § | |

## STIPULATION OF FACTS

The United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant U. S. Attorney, the Defendant, and Defense counsel hereby stipulate that if this matter were to proceed to trial, the United States would establish by legal and competent evidence the following facts beyond a reasonable doubt:

On September 20, 2009, Defendant was found in the United States in Maverick County, Texas within the Western District of Texas by federal law enforcement agents. The Defendant is an alien and citizen of Mexico who has been previously formally deported from the United States on or about June 29, 2009 through the port of Nogales, Arizona. After such formal deportation, the Defendant has not received the consent of the Attorney General of the United States nor the consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States. The Defendant is voluntarily in the United States unlawfully. The Defendant committed all of the foregoing acts knowingly and voluntarily. The Defendant accepts responsibility for his actions in this case and apologizes for having committed this offense.

Respectfully submitted,
JOHN E. MURRAY
United States Attorney

By: *Kathryn Ronge*
for Erica Giese
Assistant United States Attorney

After consulting with my attorney, I hereby stipulate the above Statement of Facts is true and accurate, and had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

Signed this 26 day of April 2010.

*JUAN DOMINGEZ*
Juan Jose Dominguez De La Parra
Defendant

I am Defendant's Attorney, I have carefully reviewed the above Stipulation of Facts with the Defendant. To my knowledge, Defendant's decision to stipulate to such facts is informed and voluntary.

Signed this 26 day of April 2010.

Gregory D. Torres
Defendant's Attorney

Adopted and Approved this 28th day of April, 2010.

Alia Moses Ludlum
United States District Judge