PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

FILED
JUL 14 2015
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Juan Jose Dominguez-De La Parra, AKA Juan Francisco Lopez-Sanchez, True Name: Jose Inez Garcia-Zarate    Case Number: DR-09-CR-01278 (01)

Name of Sentencing Judicial Officer: Alia Moses, United States District Judge

Date of Original Sentence: May 12, 2011

Original Offense: 8 U.S.C. § 1326 – Illegal Re Entry Into the United States After Deportation

Original Sentence: 46 months imprisonment and a 3 year term of supervised release

Type of Supervision: Supervised Release    Date Supervision Commenced: March 26, 2015

Assistant U.S. Attorney: Erica Benites Giese    Defense Attorney: Gregory Torres

### PREVIOUS COURT ACTION

None.

### PETITIONING THE COURT

☒ The issuance of a warrant
☐ The issuance of a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Mandatory Condition No. 1**: The defendant shall not commit another federal, state, or local crime.<br><br>**Mandatory Condition No. 3**: In supervised release cases only, the defendant must report to the probation office in the district in which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.<br><br>**Mandatory Condition No. 4:** If convicted of a felony, the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.<br><br>On March 26, 2015, Juan Jose Dominguez-De La Parra was released from the custody of the Federal Bureau of Prisons to the custody of the Bureau of Immigration and Customs Enforcement. On the same date, he was transferred to the custody of the San Francisco County Sheriff's Department for a then-pending charge of Transport/Sale of Controlled Substance, which originated on October 26, 1995. On March 27, 2015, the |

Case 2:09-cr-01278-AM   Document 36   Filed 07/14/15   Page 2 of 3

Juan Jose Dominguez-De La Parra, AKA Juan Francisco Lopez-Sanchez, True Name: Jose Inez Garcia-Zarate
DR-09-CR-01278 (01)
Petition for Warrant or Summons for Offender Under Supervision

Transport/Sale of Controlled Substance was dismissed. On April 15, 2015, the defendant was released from the San Francisco County Sheriff's Department, rather than transferred back into the custody of the Bureau of Immigration and Customs Enforcement; therefore, he was not deported. The defendant failed to report to the U.S. Probation Office within 72 hours of his release on April 15, 2015.

According to an automated criminal history report and contact with the San Francisco Police Department, on July 2, 2015, Juan Jose Dominguez-De La Parra was arrested by the San Francisco Police Department in San Francisco, California, for Murder. According to national media reports, on July 1, 2015, the defendant allegedly shot and killed ███ ███, a 32 year old female, with a firearm. The charge is currently pending in the San Francisco County Superior Court. In preparing this petition, requests for records were submitted to the San Francisco Police Department and San Francisco County Superior Court. No response had been received at the time of this petition's completion.

U.S. Probation Officer Recommendation:

The term of supervision should be

☒ revoked. (Maximum penalty: _2_ years imprisonment; _3_ years supervised release; and payment of any unsatisfied monetary sanction previously imposed)

☐ extended for _____ years for a total term of _____ years

☐ The conditions of supervision should be modified as follows:

Approved:

*[signature]*
Sylvia M. Nowlin
Supervising U.S. Probation Officer

Respectfully Submitted,

*[signature]*
Ryan Kirk
Senior United States Probation Officer
Date: July 14, 2015
Telephone #: 830-703-2093, ext. 26

Approved:

*[signature]*
Patrick Paul Burke
Assistant U.S. Attorney

cc:   Victor Calderon
      Assistant Deputy Chief U.S. Probation Officer

Juan Jose Dominguez-De La Parra, AKA Juan Francisco Lopez-Sanchez, True Name: Jose Inez Garcia-Zarate
DR-09-CR-01278 (01)
Petition for Warrant or Summons for Offender Under Supervision

---

THE COURT ORDERS:

- [ ] No action.
- [x] The issuance of a WARRANT.   Bond is set in the amount of $ _Detain_ cash/surety with supervision by the United States Probation Office to continue as a condition of release.
- [ ] The issuance of a SUMMONS.
- [ ] Other _____

_____
Honorable Alia Moses
U.S. District Judge

7-14-15
Date