AO 442 (Rev. 10/03) Warrant for Arrest (Rev. 9/05 WDTX)

# UNITED STATES DISTRICT COURT

Western _____ District of _____ Texas

UNITED STATES OF AMERICA

V.

JUAN JOSE DOMINGUEZ-DE LA PARRA
TN: JOSE INEZ GARCIA-ZARATE

**WARRANT FOR ARREST**

Case Number: DR-09-CR-1278 (01)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    JUAN JOSE DOMINGUEZ-DE LA PARRA
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice

RECEIVED
US MARSHALS
W/TX-DEL RIO
2015 JUL 14 PM 2:15

charging him or her with (brief description of offense)
VIOLATION OF SUPERVISED RELEASE
(SEE ATTACHED COPY)

in violation of Title(s) _____ United States Code, Section(s) Please see attached Indictment

C. Rodriguez
Name of Issuing Officer

U.S. Deputy Clerk
Title of Issuing Officer

DATE ISSUED: 7/14/2015

Bail fixed at $ _____ by

[signature] C. R____
Signature of Issuing Officer

7/14/2015    Del Rio, TX
Date and Location

U.S. District Judge Alia Moses
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |