UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v. § § § | Cause No.: DR-09-CR-1278-(1)-AM |
| JUAN JOSE DOMINGUEZ-DE LA PARRA, § A/K/A JUAN FRANCISCO § LOPEZ-SANCHEZ, § TN: JOSE INEZ GARCIA-ZARATE § | |

## MOTION TO UNSEAL PETITION

TO THE HONORABLE ALIA MOSES, UNITED STATES DISTRICT JUDGE:

The United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorneys, respectfully requests that the above-captioned Probation Form 12C: Petition for Warrant or Summons for Offender Under Supervision, Arrest Warrant, and all related documents be unsealed to the above referenced Defendant.

The above referenced documents were previously sealed. In the interest of justice, the United States now respectfully requests that this Motion to Unseal Probation Form 12C: Petition for Warrant or Summons for Offender Under Supervision, Arrest Warrant, and all related documents be GRANTED as to the above named Defendant.

    Respectfully Submitted,

    RICHARD L. DURBIN, JR.
    United States Attorney

By: _____/s/_____
    MATTHEW H. WATTERS
    Assistant United States Attorney

By: _____/s/_____
    SHANE A. CHRIESMAN
    Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| v. | § § § Cause No.: DR-09-CR-1278-(1)-AM |
| JUAN JOSE DOMINGUEZ-DE LA PARRA, A/K/A JUAN FRANCISCO LOPEZ-SANCHEZ, TN: JOSE INEZ GARCIA-ZARATE | § § § § |

## ORDER TO UNSEAL PETITION

Upon motion of the United States Attorney, the Court having considered said motion finds that the Motion to Unseal Petition, should in all respects, be GRANTED.

IT IS HEREBY ORDERED that the Probation Form 12C: Petition for Warrant or Summons for Offender Under Supervision, Arrest Warrant, and all related documents are UNSEALED as to Defendant Juan Jose Dominguez-De La Parra, a/k/a Juan Francisco Lopez-Sanchez, True Name: Jose Inez Garcia-Zarate.

IT IS SO ORDERED this _____ day of _____, 2017.

ALIA MOSES
United States District Judge