**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

FILED
DEC 0 1 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v.  § § § | Cause No.: DR-09-CR-1278-(1)-AM |
| JUAN JOSE DOMINGUEZ-DE LA PARRA, § A/K/A JUAN FRANCISCO § LOPEZ-SANCHEZ, § TN: JOSE INEZ GARCIA-ZARATE § | |

## ORDER TO UNSEAL PETITION

Upon motion of the United States Attorney, the Court having considered said motion finds that the Motion to Unseal Petition, should in all respects, be GRANTED.

IT IS HEREBY ORDERED that the Probation Form 12C: Petition for Warrant or Summons for Offender Under Supervision, Arrest Warrant, and all related documents are UNSEALED as to Defendant Juan Jose Dominguez-De La Parra, a/k/a Juan Francisco Lopez-Sanchez, True Name: Jose Inez Garcia-Zarate.

IT IS SO ORDERED this _1st_ day of _December_, 2017.

_____
ALIA MOSES
United States District Judge