PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT
## for
## WESTERN DISTRICT OF TEXAS


FILED
DEC 01 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

## Amended Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Juan Jose Dominguez-De La Parra, AKA Juan Francisco Lopez-Sanchez, True Name: Jose Inez Garcia-Zarate     Case Number: DR-09-CR-01278 (01)

Name of Sentencing Judicial Officer: Alia Moses, United States District Judge

Date of Original Sentence: May 12, 2011

Original Offense:    8 U.S.C. § 1326 – Illegal Re Entry Into the United States

Original Sentence: 46 months imprisonment and a 3 year term of supervised release (consecutive to the revocation sentence imposed under Docket Number DR-10-CR-01352, which was 21 months imprisonment)

Type of Supervision: Supervised Release        Date Supervision Commenced: March 26, 2015

Assistant U.S. Attorney: Erica Benites Giese       Defense Attorney:    Gregory Torres

### PREVIOUS COURT ACTION

None.

### PETITIONING THE COURT

☒ No Action, Petition amended to add violations related to the charges of Felon in Possession of a Firearm, Involuntary Manslaughter and Assault with a Deadly Weapon, all of which were filed after the defendant's initial arrest.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Mandatory Condition No. 1**: The defendant shall not commit another federal, state, or local crime during the term of supervision. |
| | **Mandatory Condition No. 4**: If convicted of a felony, the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. |

On March 26, 2015, Juan Jose Dominguez-De La Parra, AKA Juan Francisco Lopez-Sanchez, True Name: Jose Inez Garcia-Zarate, was released from the custody of the Federal Bureau of Prisons to the custody of the Bureau of Immigration and Customs Enforcement. On the same date, he was transferred to the custody of the San Francisco County Sheriff's Department for a then-pending charge of Transport/Sale of Controlled

Juan Jose Dominguez-De La Parra, AKA Juan Francisco Lopez-Sanchez, True Name: Jose Inez Garcia-Zarate
DR-09-CR-01278 (01)
Amended Petition for Warrant or Summons for Offender Under Supervision

Substance, which originated on October 26, 1995. On March 27, 2015, the Transport/Sale of Controlled Substance was dismissed. On April 15, 2015, the defendant was released from the San Francisco County Sheriff's Department, rather than transferred back into the custody of the Bureau of Immigration and Customs Enforcement; therefore, he was not deported.

According to an automated criminal history report and contact with the San Francisco Police Department, on July 2, 2015, the defendant was arrested by the San Francisco Police Department in San Francisco, California. According to national media reports, on July 1, 2015, the defendant allegedly shot and killed ████████, a 32 year old female, with a firearm. According to national media reports, on November 30, 2017, the defendant was acquitted of the charge of **Murder** by a jury in the San Francisco County Superior Court. In preparing this amended petition, a request for records was submitted to the San Francisco County Superior Court. No response had been received at the time of this amended petition's completion.

2. **Mandatory Condition No. 1**: The defendant shall not commit another federal, state, or local crime during the term of supervision.

    **Mandatory Condition No. 4:** If convicted of a felony, the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

    According to an automated criminal history report and contact with the San Francisco Police Department, on July 2, 2015, the defendant was arrested by the San Francisco Police Department in San Francisco, California. According to national media reports, on July 1, 2015, the defendant allegedly shot and killed ████████, a 32 year old female, with a firearm. According to national media reports, on November 30, 2017, the defendant was acquitted of the charge of **Involuntary Manslaughter** by a jury in the San Francisco County Superior Court. In preparing this amended petition, a request for records was submitted to the San Francisco County Superior Court. No response had been received at the time of this amended petition's completion.

3. **Mandatory Condition No. 1**: The defendant shall not commit another federal, state, or local crime during the term of supervision.

    **Mandatory Condition No. 4:** If convicted of a felony, the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

    According to an automated criminal history report and contact with the San Francisco Police Department, on July 2, 2015, the defendant was arrested by the San Francisco Police Department in San Francisco, California. According to national media reports, on July 1, 2015, the defendant allegedly shot and killed ████████, a 32 year old female, with a firearm. According to national media reports, on November 30, 2017, the defendant was acquitted of the charge of **Assault with a Deadly Weapon** by a jury in the San Francisco County Superior Court. In preparing this amended petition, a request for records was submitted to the San Francisco County Superior Court. No response had been received at the time of this amended petition's completion.

4. **Mandatory Condition No. 1**: The defendant shall not commit another federal, state, or local crime during the term of supervision.

**Mandatory Condition No. 4**: If convicted of a felony, the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

According to an automated criminal history report and contact with the San Francisco Police Department, on July 2, 2015, the defendant was arrested by the San Francisco Police Department in San Francisco, California. According to national media reports, on July 1, 2015, the defendant allegedly shot and killed ███, a 32 year old female, with a firearm. According to national media reports, on November 30, 2017, the defendant was convicted of the charge of **Felon in Possession of a Firearm** by a jury in the San Francisco County Superior Court. Sentencing in this case remains pending; however, the defendant faces a maximum of 3 years imprisonment. In preparing this amended petition, a request for records was submitted to the San Francisco County Superior Court. No response had been received at the time of this amended petition's completion.

U.S. Probation Officer Recommendation:

The term of supervision should be

☒ revoked. (Maximum penalty: _2_ years imprisonment; _3_ years supervised release; and payment of any unsatisfied monetary sanction previously imposed).

☐ extended for _____ years for a total term of _____ years

☐ The conditions of supervision should be modified as follows:

Approved:

Victor Calderon
Assistant Deputy Chief U.S. Probation Officer

Respectfully Submitted,

Ryan Kirk
Supervising United States Probation Officer
Date: December 1, 2017
Telephone #: 210-472-6590, ext. 5338

Approved:

Matthew Watters
Assistant U.S. Attorney

Juan Jose Dominguez-De La Parra, AKA Juan Francisco Lopez-Sanchez, True Name: Jose Inez Garcia-Zarate
DR-09-CR-01278 (01)
Amended Petition for Warrant or Summons for Offender Under Supervision

## THE COURT ORDERS:

☑ No action. Petition amended to add additional violations.

_____
Honorable Alia Moses
U.S. District Judge

_____12-1-17_____
Date