PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

**FILED**
JUL 27 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
              DEPUTY CLERK

## Second Amended Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: <u>Juan Jose Dominguez-De La Parra, AKA Juan Francisco Lopez-Sanchez, True Name: Jose Inez Garcia-Zarate</u>   Case Number: <u>DR-09-CR-01278 (01)</u>

Name of Sentencing Judicial Officer: <u>Alia Moses, United States District Judge</u>

Date of Original Sentence: <u>May 12, 2011</u>

Original Offense: <u>8 U.S.C. § 1326 – Illegal Re Entry Into the United States</u>

Original Sentence: <u>46 months imprisonment and a 3 year term of supervised release (consecutive to the revocation sentence imposed under Docket Number DR-10-CR-01352, which was 21 months imprisonment)</u>

Type of Supervision: <u>Supervised Release</u>   Date Supervision Commenced: <u>March 26, 2015</u>

Assistant U.S. Attorney: <u>Erica Benites Giese</u>   Defense Attorney: <u>Gregory Torres</u>

### PREVIOUS COURT ACTION

None.

### PETITIONING THE COURT

☒ No Action, Petition further amended to add a Docket Number for the state charges; information regarding the disposition of the state Felon in Possession of a Firearm charge; and to add violations related to the federal charges of Felon in Possession of a Firearm and Ammunition and Alien in Possession of a Firearm and Ammunition, both of which were filed after the defendant's initial arrest and disposition of state charges.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Mandatory Condition No. 1**: The defendant shall not commit another federal, state, or local crime during the term of supervision.<br><br>**Mandatory Condition No. 4**: If convicted of a felony, the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.<br><br>On March 26, 2015, Juan Jose Dominguez-De La Parra, AKA Juan Francisco Lopez-Sanchez, True Name: Jose Inez Garcia-Zarate, was released from the custody of the Federal Bureau of Prisons to the custody of the Bureau of Immigration and Customs Enforcement. On the same date, he was transferred to the custody of the San Francisco |

Case 2:09-cr-01278-AM   Document 43   Filed 07/27/22   Page 2 of 5

Juan Jose Dominguez-De La Parra, AKA Juan Francisco Lopez-Sanchez, True Name: Jose Inez Garcia-Zarate
DR-09-CR-01278 (01)
Amended Petition for Warrant or Summons for Offender Under Supervision

County Sheriff's Department for a then-pending charge of Transport/Sale of Controlled Substance, which originated on October 26, 1995. On March 27, 2015, the Transport/Sale of Controlled Substance was dismissed. On April 15, 2015, the defendant was released from the San Francisco County Sheriff's Department, rather than transferred back into the custody of the Bureau of Immigration and Customs Enforcement; therefore, he was not deported.

According to an automated criminal history report and contact with the San Francisco Police Department, on July 2, 2015, the defendant was arrested by the San Francisco Police Department in San Francisco, California. According to national media reports, on July 1, 2015, the defendant allegedly shot and killed ███████, a 32 year old female, with a firearm. According to national media reports, on November 30, 2017, the defendant was acquitted of the charge of **Murder** by a jury in the San Francisco County Superior Court under Docket Number 15014736. In preparing this Second Amended Petition, a request for records was submitted to the San Francisco County Superior Court. No response had been received at the time of submittal to the Court.

2. **Mandatory Condition No. 1**: The defendant shall not commit another federal, state, or local crime during the term of supervision.

   **Mandatory Condition No. 4**: If convicted of a felony, the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

   According to an automated criminal history report and contact with the San Francisco Police Department, on July 2, 2015, the defendant was arrested by the San Francisco Police Department in San Francisco, California. According to national media reports, on July 1, 2015, the defendant allegedly shot and killed ███████, a 32 year old female, with a firearm. According to national media reports, on November 30, 2017, the defendant was acquitted of the charge of **Involuntary Manslaughter** by a jury in the San Francisco County Superior Court under Docket Number 15014736. In preparing this Second Amended Petition, a request for records was submitted to the San Francisco County Superior Court. No response had been received at the time of submittal to the Court.

3. **Mandatory Condition No. 1**: The defendant shall not commit another federal, state, or local crime during the term of supervision.

   **Mandatory Condition No. 4**: If convicted of a felony, the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

   According to an automated criminal history report and contact with the San Francisco Police Department, on July 2, 2015, the defendant was arrested by the San Francisco Police Department in San Francisco, California. According to national media reports, on July 1, 2015, the defendant allegedly shot and killed ███████, a 32 year old female, with a firearm. According to national media reports, on November 30, 2017, the defendant was acquitted of the charge of **Assault with a Deadly Weapon** by a jury in the San Francisco County Superior Court. In preparing this amended petition, a request for records was submitted to the San Francisco County Superior Court under Docket Number

Case 2:09-cr-01278-AM   Document 43   Filed 07/27/22   Page 3 of 5

Juan Jose Dominguez-De La Parra, AKA Juan Francisco Lopez-Sanchez, True Name: Jose Inez Garcia-Zarate
DR-09-CR-01278 (01)
Amended Petition for Warrant or Summons for Offender Under Supervision

15014736. In preparing this Second Amended Petition, a request for records was submitted to the San Francisco County Superior Court. No response had been received at the time of submittal to the Court.

4. **Mandatory Condition No. 1**: The defendant shall not commit another federal, state, or local crime during the term of supervision.

   **Mandatory Condition No. 4:** If convicted of a felony, the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

   According to an automated criminal history report and contact with the San Francisco Police Department, on July 2, 2015, the defendant was arrested by the San Francisco Police Department in San Francisco, California. According to national media reports, on July 1, 2015, the defendant allegedly shot and killed ▌▌▌▌▌▌▌▌, a 32 year old female, with a firearm. According to national media reports, on November 30, 2017, the defendant was convicted of the charge of **Felon in Possession of a Firearm** by a jury in the San Francisco County Superior Court under Docket Number 15014736. He was sentenced to "time served" (approximately 28 months imprisonment); however, according to national media reports, on August 30, 2019, the conviction was overturned by the 1st District Court of Appeals in San Francisco. In preparing this Second Amended Petition, a request for records was submitted to the San Francisco County Superior Court. No response had been received at the time of submittal to the Court.

5. **Mandatory Condition No. 1**: The defendant shall not commit another federal, state, or local crime during the term of supervision.

   **Mandatory Condition No. 4:** If convicted of a felony, the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

   On December 5, 2017, the defendant was named in a two-count Indictment filed in the Northern District of California, San Francisco Division, under Docket Number 3:17-CR-00609 VC. Count One of that Indictment charged the defendant with 18 U.S.C. § 922(g)(1) - Felon in Possession of Firearm and Ammunition. A Superseding Indictment was subsequently filed on October 17, 2019, which simply amended forfeiture language. The conduct alleged is the same as the conduct from the defendant's state charges, as alleged in Violation Numbers 1 through 4 of this petition. On March 14, 2022, the defendant pled guilty to Count One of the Superseding Indictment. On June 6, 2022, he was sentenced to "time served" since July 1, 2015 (approximately 83 months) imprisonment.

6. **Mandatory Condition No. 1**: The defendant shall not commit another federal, state, or local crime during the term of supervision.

   **Mandatory Condition No. 4:** If convicted of a felony, the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

   On December 5, 2017, the defendant was named in a two-count Indictment filed in the Northern District of California, San Francisco Division, under Docket Number

Case 2:09-cr-01278-AM   Document 43   Filed 07/27/22   Page 4 of 5

Juan Jose Dominguez-De La Parra, AKA Juan Francisco Lopez-Sanchez, True Name: Jose Inez Garcia-Zarate
DR-09-CR-01278 (01)
Amended Petition for Warrant or Summons for Offender Under Supervision

3:17-CR-00609 VC.   Count Two of that Indictment charged the defendant with 18 U.S.C. § 922(g)(5) - Alien in Possession of Firearm and Ammunition.   A Superseding Indictment was subsequently filed on October 17, 2019, which simply amended forfeiture language. The conduct alleged is the same as the conduct from the defendant's state charges, as alleged in Violation Numbers 1 through 4 of this petition. On March 14, 2022, the defendant pled guilty to Count Two of the Superseding Indictment.   On June 6, 2022, he was sentenced to "time served" since July 1, 2015 (approximately 83 months) imprisonment.

U.S. Probation Officer Recommendation:

The term of supervision should be

☒ revoked.   (Maximum penalty:  2  years imprisonment;  3  years supervised release; and payment of any unsatisfied monetary sanction previously imposed)

☐ extended for _____ years for a total term of _____ years

☐ The conditions of supervision should be modified as follows:

Approved:

*signature*

Andrew Gonzales
Supervising U.S. Probation Officer

Respectfully Submitted,

*signature*

Ryan Kirk
Supervising U.S. Probation Officer
Date: July 21, 2022
Telephone #: 210-472-6590, ext. 5338

Approved:

*signature*

James Ward
Assistant U.S. Attorney

Juan Jose Dominguez-De La Parra, AKA Juan Francisco Lopez-Sanchez, True Name: Jose Inez Garcia-Zarate
DR-09-CR-01278 (01)
Amended Petition for Warrant or Summons for Offender Under Supervision

---

THE COURT ORDERS:

☑ No action. Petition amended to add information regarding state charges and additional violations for federal charges.

Copies to attorneys

_____
Honorable Alia Moses
U.S. District Judge

July 27, 2022
_____
Date