AO 442   (Rev. 10/03) Warrant for Arrest   (Rev. 9/05 WDTX)


813568

# UNITED STATES DISTRICT COURT

Western District of Texas

**FILED**
July 27, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: CL DEPUTY

UNITED STATES OF AMERICA

V.

JUAN JOSE DOMINGUEZ-DE LA PARRA
TN: JOSE INEZ GARCIA-ZARATE

**WARRANT FOR ARREST**

Case Number: DR-09-CR-1278 (01)

RECEIVED US MARSHALS W/TX-DEL RIO
2015 JUL 14 PM 2:15

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   JUAN JOSE DOMINGUEZ-DE LA PARRA
                                     Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)
VIOLATION OF SUPERVISED RELEASE
(SEE ATTACHED COPY)

in violation of Title(s) _____ United States Code, Section(s) Please see attached Indictment

C. Rodriguez
Name of Issuing Officer

U.S. Deputy Clerk
Title of Issuing Officer

DATE ISSUED:   7/14/2015

Bail fixed at $ _____   by

Signature of Issuing Officer: C. R.

7/14/2015   Del Rio, TX
Date and Location

U.S. District Judge Alia Moses
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

San Francisco, CA  off of detainer lodged

DATE RECEIVED: 7-14-15
DATE OF ARREST: 1-5-18

NAME AND TITLE OF ARRESTING OFFICER
Rosie M Perez, IA, USMS

SIGNATURE OF ARRESTING OFFICER