# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | |
| | § | Case Number:  DR:09-CR-01278(1)-AM |
| (1) Jose Inez Garcia-Zarate | § | |
| *Defendant* | | |

# ORDER APPOINTING COUNSEL

The above named defendant has testified under oath, or has otherwise satisfied this court, that he/she is financially unable to obtain counsel and does not wish to waive representation by counsel.

Therefore, in the interest of justice, Gregory Torres, is hereby appointed to represent the defendant in the above-styled and numbered cause.

This appointment shall remain in effect until further order of this court.

ORDERED on  28th day of July, 2022.

_____
VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE