UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CRIMINAL NO.2:09-CR-01278 |
| JOSE INEZ GARCIA-ZARATE<br>AKA JUAN JOSE DOMINGUEZ PARRA | § | |

MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JOSE INEZ GARCIA-ZARATE AKA JUAN JOSE DOMINGUEZ PARRA, the defendant in the above listed cause of action and files this his Motion for Continuance and in support thereof would show the Court as follows:

I.

The case is set for preliminary examination and detention hearing on August 2, 2022, at 10:00 am.

II.

Counsel for the defendant requires additional time to confer with defendant and therefore requests that this case be reset until August 4, 2022, at 9:00 am.

III.

This motion is not sought for the purpose of delay, but so that justice may prevail. this motion.

WHEREFORE, PREMISES CONSIDERED, the defendant prays that this motion be granted and that this case be continued until August 4, 2022 at 9:00 am and for further relief to which defendant may show himself entitled under equity and law

Respectfully submitted,


**GREGORY D. TORRES**
**ATTORNEY AT LAW, P.L.L.C.**
457 Jefferson Street
Eagle Pass, Texas 78852
Telephone: (830) 773-6811
Facsimile : (830) 773-6469
Federal Bar No. 26164


By: /S/_____
          Gregory D. Torres


ATTORNEY FOR DEFENDANT


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was forwarded to the

office of the AUSA on this the 1ST day of August 2022.


/S/_____
Gregory D. Torres

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

UNITED STATES OF AMERICA       §

VS.       §       CRIMINAL NO: 2:09-CR-01278

JOSE INEZ GARCIA-ZARATE       §
AKA JUAN JOSE DOMINGUEZ PARRA

**ORDER**

On this the _____ day of _____, 2022, came on to be heard the defendant's Motion For Continuance, and the Court after hearing argument and evidence thereon and being of the opinion that said Motion should be GRANTED.

It is therefore, ORDERED, ADJUDGED AND DECREED by the Court that said motion is GRANTED and the above listed cause of action is continued until August 4, 2022, at 9:00 a.m.

_____
JUDGE PRESIDING