UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA §
VS. § CASE NO. 2:05-CR-1278
Jose Inez Garcia Zarate §
§

## WAIVER OF PRELIMINARY HEARING
### AND/OR
### DETENTION HEARING
(Rule 5 or 32.1, Fed.R.Crim.P)

**Preliminary Hearing**

I, _____, charged in a complaint pending in this District, and having appeared before this court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed.R.Crim.P., includinng my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.  Jose Inez Garcia Zarate AKA Juan Jose Dominguez Zarate

Yo, _____, el inculpado en una acusacion pendiente en este Districto, he comparecido ante este Tribunal y me han informado de mi derecho a una audencia preliminar, cumpliendose con el reglamento 5 o 32.1 de los Reglamentos de Procedimiento Penal Federal, por este medio renuncio a (abandono) mi derecho a una audencia preliminar.

Date: 8/1/22

Dominguez
Defendant

Counsel for Defendant

**Detention Hearing**

I have also been advised of my right to a detention hearing. I have been advised that, at a detention hearing, the court will hear evidence to determine whether I should be held in jail without bond or whether a bond should be set for me. I have been advised that, if I waive (give up) my right to a detention, I will be held in jail without bond while I wait for my trial I hereby waive (give up) my right to have a detention hearing.

Tambien me han informado de mi derecho a una audencia para fijar fianza. Me han informado que en la audencia para fijar fianza, el juez recibira pruebas para poder determinar si sequire detenido sin fianza, o si me fijaran fianza. Me han informado que si renuncio (abandono) mi derecho a una audencia para fijar fianza, sequire detenido sin fianza hasta que se me someta a juico. Renuncio (abandono) me derecho a una audencia para fijar fianza.

Date: 8/1/22

Dominguez Jose
Defendant

Counsel for Defendant