UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CRIMINAL NO.2:09-CR-1278 |
| JOSE INEZ GARCIA-ZARATE | § | |

## UNOPPOSED MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JOSE INEZ GARCIA-ZARATE, the defendant in the above listed cause of action and files this his Motion for Continuance and in support thereof would show the Court as follows:

I.

This case is currently set for docket call on September 13, 2022.

II.

The defendant is requesting additional time to confer with counsel and discuss the allegations which are the basis of the petition to revoke.

III.

CERTIFICATE OF CONFERENCE

AUSA Holly Pavlinski does not oppose the granting of this motion

IV.

This motion is not sought for the purpose of delay, but so that justice may prevail.

WHEREFORE, PREMISES CONSIDERED, the defendant prays that this motion be granted and that the docket call be continued until the October 2022 docket call, and for further relief to which the defendant may show himself entitled under equity and at law.

Respectfully submitted,

**GREGORY D. TORRES**
**ATTORNEY AT LAW, P.L.L.C.**
457 Jefferson Street
Eagle Pass, Texas 78852
Telephone: (830) 773-6811
Facsimile : (830) 773-6469
Federal Bar No. 26164

By: _____
Gregory D. Torres

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was forwarded to the office of the AUSA on this the 2nd day of September 2022.

_____
Gregory D. Torres