UNITED STATES DISTRICT COURT **F I L E D**
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

OCT 1 8 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  DR:09-CR-01278(1)-AM |
| | § | |
| (1) JOSE INEZ GARCIA-ZARATE | § | |

## ORDER REVOKING SUPERVISED RELEASE
## AND RE-SENTENCING DEFENDANT

On **October 18, 2022**, came on to be heard before the Court, the Government's Second Amended Petition to Revoke the Defendant's term of supervised release filed on **July 27, 2022**. The defendant, **(1) JOSE INEZ GARCIA-ZARATE**, appeared with  attorney **Gregory D. Torres**, and the government appeared by Assistant United States Attorney, **Izaak Bruce**, in the above-entitled and numbered criminal action.

The defendant pled <u>not true</u> to the Violations alleged in the Petition to Revoke Supervised Release.

The Court finds by a preponderance of the evidence, after having conducted an evidentiary final revocation hearing on **October 18, 2022**, that the defendant has violated the terms of  supervised release as alleged in the said petition.  Thus, the Government's petition to revoke will be and is hereby **GRANTED**.

It is hereby ORDERED that the terms of supervised release ordered on **May 12, 2011**, as set out in the judgment entered on **May 12, 2011**, being the same, is hereby revoked and set aside pursuant to the Sentencing Reform Act of 1984.

It is further **ORDERED** that the defendant, **(1) JOSE INEZ GARCIA-ZARATE**  be

committed to the custody of the U.S. Bureau of Prisons for a term of **Twenty-four (24)**

**months**, to run consecutively to the sentence imposed under Docket Number

3:17-CR-00609-VC-1.

SIGNED on this **18th day of October, 2022.**


_____

ALIA MOSES

UNITED STATES DISTRICT JUDGE


## RETURN

I have executed this Revocation Order as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this Order.


_____

United States Marshal


By: _____

Deputy Marshal