UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | |
| § | Cause No.: DR:09-CR-1278 |
| § | |
| Juan Jose Dominguez-De La Parra, § | |
| A/K/A Juan Francisco Lopez-Sanchez, § | |
| True Name: Jose Inez Garcia-Zarate § | |

**GOVERNMENT'S MOTION TO DISMISS
PETITIONS FOR WARRANT OR SUMMONS FOR OFFENDER UNDER
SUPERVISION**

TO THE HONORABLE ALIA MOSES, UNITED STATES DISTRICT JUDGE:

Comes now the United States of America, by and through the undersigned Assistant United States Attorney for the Western District of Texas and hereby files its Motion to Dismiss the original and amended Petitions for Warrant or Summons for Offender Under Supervision filed against the Defendant in the above-captioned case. In support of its motion, the Government respectfully shows the Court the following:

On October 18, 2022, the Court revoked Defendant's Supervised Release, granting the Government's Second Amended Petition for Warrant or Summons for Offender Under Supervision. (ECF Nos. 43, 58.) As such the original Petition and the amended Petition are now moot. (ECF Nos. 36, 40.)

WHEREFORE, PREMISES CONSIDERED, the Government respectfully requests that this Court dismiss the original and amended Petitions for Warrant or Summons for Offender Under Supervision for the above case.

Respectfully submitted,

Ashley C. Hoff
United States Attorney


By: _____/s/_____
IZAAK P. BRUCE
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of October 2022, a true and correct copy of the foregoing instrument was electronically filed with the CM/ECF system.

/s/
IZAAK P. BRUCE
Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § | Cause No.: DR:09-CR-1278 |
| Juan Jose Dominguez-De La Parra, A/K/A Juan Francisco Lopez-Sanchez, True Name: Jose Inez Garcia-Zarate | § § § § | |

**ORDER DISMISSING PETITIONS FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION**

On this day came on to be heard the motion of the United States to dismiss the original and amended Petitions for Warrant or Summons for Offender Under Supervision filed against Defendant in the above captioned case. (ECF Nos. 36, 40.) Having considered same, the Government's motion is hereby GRANTED.

SIGNED and ENTERED this the _____ day of _____, 2022.

_____
The Honorable ALIA MOSES
United States District Judge