UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

**FILED**

OCT 2 4 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| v. | § § | Cause No.: DR:09-CR-1278 |
| Juan Jose Dominguez-De La Parra, A/K/A Juan Francisco Lopez-Sanchez, True Name: Jose Inez Garcia-Zarate | § § § | |

## ORDER DISMISSING PETITIONS FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

On this day came on to be heard the motion of the United States to dismiss the original and amended Petitions for Warrant or Summons for Offender Under Supervision filed against Defendant in the above captioned case. (ECF Nos. 36, 40.) Having considered same, the Government's motion is hereby GRANTED.

SIGNED and ENTERED this the 24th day of October, 2022.

_____
The Honorable ALIA MOSES
United States District Judge